UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON VASQUEZ, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>SAPUTO CHEESE USA, INC. DOES 1 THROUGH 20, *inclusive,*<br><br>Defendants. | Case No.  1:20-cv-01029-DAD-HBK<br><br>ORDER GRANTING CONSTRUED MOTION TO AMEND DEADLINES TO PRELIMINARY SCHEDULING ORDER<br><br>(Doc. No.  18) |

On October 7, 2021, parties gave notice that they scheduled a mediation for March 1, 2022. (Doc. No. 14 at 3). In light of the parties' mediation efforts, the Court vacated various dates set in its preliminary scheduling order. (Doc. No. 15; *see also* Doc. No. 11). After the parties continue the mediation date, the Court directed the parties upon conclusion of the mediation to provide a status report. (Doc. Nos. 16, 17). The parties timely filed a Joint Status Report advising the mediation resulted in an impasse and proposing new deadlines to the preliminary scheduling order on May 12, 2022. (Doc. No. 18).

While the parties were unable to reach a resolution at the mediation, the Court is encouraged that the parties have not ruled out further settlement discussions. (*Id*. at 3). As proposed by the parties and to the extent the dates do not conflict with the Court's calendar, the

Court modifies the deadlines set forth in the February 1, 2021 Preliminary Scheduling Order as set forth below. (*Id.*; *see* Doc. No. 11).

Accordingly, it is ORDERED:

1. The parties' construed motion to amend the case management deadlines contained in their Joint Status Report (Doc. No. 18) is GRANTED.

2. The following amended dates shall govern this action.

**Amended Deadlines and Dates**

| Action or Event | Date |
| --- | --- |
| Class Certification Motion Filing Deadline | 10/28/2022 |
| Class Certification Opposition Deadline | 01/13/2023 |
| Class Certification Reply Deadline | 03/17/2023 |
| Class Certification Hearing *before the Honorable Dale A. Drozd* | 05/17/2023[1] |

3. All other provisions of the February 1, 2021, Preliminary Scheduling Order (Doc. No. 11) remain in effect.

Dated:  August 11, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

---

[1] This date is tentative and subject to confirmation by the district court. The parties should contact the district court's chambers should this case be reassigned.

2