UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON VASQUEZ, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>SAPUTO CHEESE USA, INC. DOES 1 THROUGH 20, *inclusive,*<br><br>Defendants. | Case No.  1:20-cv-01029-DAD-HBK<br><br>ORDER GRANTING PARTIES' STIPULATION TO MODIFY PRELIMINARY SCHEDULING ORDER<br><br>(Doc. No.  20) |

Pending before the Court is the parties' motion to modify the Court's August 11, 2022 Order and further modify the deadlines to the preliminary scheduling order. (Doc. No. 20).  The parties' request is rooted in their stated need for additional time to complete depositions and to produce requested discovery documents prior to Plaintiff moving for class certification.  (*Id*. at 1).

As proposed by the parties and to the extent the dates do not conflict with the Court's calendar, the Court modifies the deadlines set forth in its August 11, 2022 Order as set forth below.  (*Id*.; *see* Doc. No. 19).

Accordingly, it is ORDERED:

1. The parties' stipulated motion to amend the case management deadlines contained in the Court's August 11, 2022 Order (Doc. No. 20) is GRANTED.

2. The following amended dates shall govern this action.

**Amended Deadlines and Dates**

| Action or Event | Date |
|---|---|
| Class Certification Motion Filing Deadline | 01/13/2023 |
| Class Certification Opposition Deadline | 03/24/2023 |
| Class Certification Reply Deadline | 05/26/2023 |
| Class Certification Hearing *before the Honorable Dale A. Drozd* | 06/20/2023[1] |

3. All other provisions of the February 1, 2021, Preliminary Scheduling Order (Doc. No. 11) remain in effect.

Dated: August 18, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

---

[1] This date is tentative and subject to confirmation by the district court. The parties should contact the district court's chambers should this case be reassigned.