UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON VASQUEZ, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SAPUTO CHEESE USA, INC., a Delaware corporation; and Does 1 through 25, inclusive,<br><br>Defendants. | Case No.  1:20-cv-01029-ADA-HBK<br><br>ORDER GRANTING JOINT MOTION TO MODIFY SCHEDULING ORDER<br><br>ORDER SETTING CLASS CERTIFCATION DEADLINES<br><br>(Doc. No. 23) |

Pending before the Court is the Parties' Joint Stipulation, construed as a joint motion, filed January 10, 2023.  (Doc. No. 23).  The Parties request the Court to further extend the deadlines governing the management of this purported class action.  (*Id.*).

This case was removed to this Court on July 24, 2020.  (Doc. No. 1).  After holding a scheduling conference, the Court issued a Preliminary Scheduling Order on February 1, 2021.  (Doc. No. 11, "PSO").  The PSO set an October 1, 2021 deadline for Plaintiff to file a class certification motion.  (*Id*. at 1).  On September 28, 2021—the eve of the class certification deadline—the Parties moved to vacate the class certification date so the Parties could engage in mediation.  (Doc. No. 12).  Mediation initially was scheduled for March 1, 2022 and continued to May 5, 2022.  (Doc. Nos. 14, 16).  On August 11, 2022, after mediation failed, the Court reset the

class certification deadlines for October 28, 2022, as proposed by the Parties. (Doc. Nos. 18, 19). After the Parties moved to again extend the class certification dates to permit further discovery, the Court further modified the class certification deadlines to January 13, 2023. (Doc. Nos. 20, 21). On January 10, 2023—the eve of the class certification deadline—the Parties again seek a further extension to the class certification deadlines. (Doc. No. 23). The Parties advise a second mediation with a different mediator has been scheduled for March 30, 2023 and request that the class certification dates be vacated and the Parties file a joint report on April 7, 2023 to advise of the mediation efforts and propose new class certification dates, if appropriate.

The Rules envision a "just, speedy and inexpensive termination of every action and proceeding." Fed. R. Civ. P. 1: *see also* Fed. R. Civ. P. 23 (c)(1)(A). This action has been pending on this Court's docket for 30 months without the purported class action being certified. Fed. R. Civ. P. 23(c). While the Court is encouraged that the Parties are attempting to resolve this matter through mediation, the Court is concerned that repeated and last-minute continuances have unduly delayed the prosecution of this case. To permit the Parties to engage in the March 30, 2023 mediation, the Court will vacate the current class certification dates but will set class certification dates now to avoid any further delay in the prosecution of this case.

Accordingly, it is **ORDERED**:

1. The Joint Stipulation to Vacate Class Certification Dates Pending Mediation (Doc. No. 23) is GRANTED to the limited extent set forth herein.

2. The Court VACATES the remaining deadlines in the previously modified preliminary scheduling order nunc pro tunc (Doc. No. 21).

3. The following dates shall govern this action going forward:

    a. The motion for class certification **SHALL** be filed no later than **April 28, 2023**. Opposition to the motion **SHALL** be filed no later than **May 30, 2023**.

    b. Neither the motion nor the opposition **SHALL** exceed 30 pages, exclusive of evidence and evidentiary objections, unless leave is granted by the Court prior to the filing.

    c. Any reply **SHALL** be filed no later than **June 15, 2023**, and shall not exceed 15 pages, exclusive of evidentiary objections.

2

    d. Any objections to the evidence **SHALL** be filed at the same time as the opposition (for Defendant) and the reply (for Plaintiff).[1]

    e. A hard-copy, courtesy copy of all filings related to the class motion **SHALL** be sent via overnight mail and a copy of the filings (without exhibits) in WORD shall be emailed to chambers to hbk.orders@caed.uscourts.gov. All of the pages of evidence in the hard copy **SHALL** be numbered, tabbed and indexed.

    f. The hearing on the motion for class certification is set for **July 7, 2023 at 1:00 p.m.** before Magistrate Judge Helena Barch-Kuchta in Courtroom 6 in Fresno.[2]

4. Within seven (7) days of the conclusion of the mediation, the Parties shall notify the Court if the Parties reached a settlement as required by Local Rule 160(a). Any dispositional documents must be filed within forty-five (45) days after such notice. Fed. R. Civ. P. 23 (e); Local Rule 160(b).

Dated:   January 20, 2023

*[signature]*

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

---

[1] No motions to strike evidence will be entertained. If the Court sustains an objection to a piece of evidence, the evidence will not be considered.

[2] This case has been reassigned from District Judge Dale Drozd to District Judge Ana de Alba. Judge de Alba refers motions for class certification for findings and recommendations to the magistrate judges pursuant to 28 U.S.C. § 636(b)(1)(B).