**LEBE LAW, APLC**
Jonathan M. Lebe (SBN 284605)
Jon@lebelaw.com
Zachary Gershman (SBN 328004)
Zachary@lebelaw.com
777 S. Alameda Street, Second Floor
Los Angeles, CA 90021
Telephone: (213) 444-1973

**COHELAN KHOURY & SINGER**
Michael D. Singer (SBN 115301)
msinger@ckslaw.com
Jeff Geraci (SBN 151519)
jgeraci@ckslaw.com
605 C Street, Suite 200
San Diego, CA 92101
Telephone: (619) 595-3001/Facsimile: (619) 595-3000

Attorneys for Plaintiff Don Vasquez,
[Additional Counsel Listed on Following Page]

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON VASQUEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SAPUTO CHEESE USA, INC.; and Does 1 through 20, inclusive,<br><br>Defendants. | Case No. 1:20−CV−01029−ADA−HBK<br><br>**CLASS ACTION**<br><br>**STIPULATION TO CONTINUE CLASS CERTIFICATION DATES PENDING SETTLEMENT PROPOSAL**<br><br>Action Filed: May 27, 2020<br>Trial Date: None Set |

1  **SUTTON HAGUE LAW CORPORATION, P.C.**
   S. Brett Sutton (SBN 143107)
2  brett@suttonhague.com
3  Jared Hague (SBN 251517)
   jared@suttonhague.com
4  Jonathan W. Black (SBN 280421)
5  jonathan@suttonhague.com
   5200 N. Palm Avenue, Suite 203
6  Fresno, California 93704
7  Telephone: (559) 325-0500/Facsimile: (559) 981-1217
8
   Attorneys for Defendant SAPUTO CHEESE USA, INC.
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

---

Stipulation to Continue Class Certification Dates Pending Settlement Proposal
Case No. 1:20-CV-01029-ADA-HBK

Plaintiff Don Vasquez ("Plaintiff") and Defendant Saputo Cheese USA, Inc. ("Defendant") (collectively, the "Parties"), through counsel of record, stipulate to and request the Court modify the Scheduling Order (Doc. No. 24) by continuing the dates set for briefing and hearing on Plaintiff's Motion for Class Certification to allow the Parties to respond to a mediation settlement proposal.

The Parties attended a second mediation with Hon. Amy D. Hogue (Ret.) on March 30, 2023. After a day of negotiation, Judge Hogue (Ret.), issued a mediator's proposal, and the Parties are to respond by the close of business on April 14, 2023.

The date to file for class certification is presently set for April 28, 2023. To allow the Parties time to respond to the proposal, including to allow Defendant time to obtain responses from all necessary Managers and Officers, and to avoid incurring further time and resources for potentially unnecessary litigation, the Parties propose class certification dates be advanced 21 days:

1. Class Certification Motion Filing Date: May 19, 2023
2. Class Certification Opposition: June 20, 2023
3. Class Certification Reply: July 6, 2023
4. Class Certification Hearing: July 28, 2023

SO STIPULATED.

COHELAN KHOURY & SINGER

Dated: April 4, 2023         By: /s/ Jeff Geraci
                                  Jeff Geraci
                             Attorneys for Plaintiff Don Vasquez

SUTTON HAGUE LAW CORP., P.C.

Dated: April 4, 2023         By: /s/ Jared Hague
                                  Jared Hague
                             Attorneys for Defendant Saputo Cheese USA

*[Signature Attestation on Next page]*

///

## **DECLARATION OF JEFF GERACI**

I attest all signatories listed, on whose behalf the filing is submitted, concur in the filing's content as authorized on April 4, 2023. Local Rule 131.

I declare under penalty of perjury under the laws of the United States this declaration is true and correct, signed April 4, 2023, in San Diego, California.

                s/ Jeff Geraci
                Jeff Geraci