1
2
3
4
5
6
7
8             UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  DON VASQUEZ, individually and on behalf of others similarly situated,<br><br>12                    Plaintiff,<br><br>13         v.<br><br>14  SAPUTO CHEESE USA, INC., a Delaware corporation; and Does 1 through 15  25, inclusive,<br>16                    Defendants.<br>17 | Case No.  1:20-cv-01029-ADA-HBK<br><br>ORDER GRANTING FOURTH JOINT MOTION TO MODIFY PRELIMINARY SCHEDULING ORDER<br><br>ORDER SETTING FINAL CLASS CERTIFCATION DEADLINES<br><br><br>(Doc. No. 25) |

18

19         Pending before the Court is the Parties' Joint Stipulation, construed as a joint motion, filed

20  April 4, 2023.[1]  (Doc. No. 25).  The Parties request the Court to further extend the deadlines

21  governing the management of this purported class action due to the Parties ongoing mediation

22  efforts.  (*Id*.).

23         The Court previously set out the procedural posture of this case in its January 20, 2023

24  Order granting a third extension to the deadline for Plaintiff to file a class certification motion.

25  (Doc. No. 24).  The Parties now move a fourth extension for the parties to have time to respond to

26

---

27  [1] The Parties are reminded whenever the Court is required to approve any form of requested relief, even if all Parties agree to the relief requested, the Parties should select the "motion" event on CMECF and not 28  the "stipulation" event.

the mediator's proposal.  (*Id*).  For good cause shown, the Court will permit one final extension to the class certification deadlines. Fed. R. Civ. P. 16(b)(4).

Accordingly, it is **ORDERED**:

1.  The Joint Stipulation to Continue the Class Certification Dates (Doc. No. 25) is GRANTED.

2.  The following dates shall govern this action going forward:

    a.  The motion for class certification **SHALL** be filed no later than **May 19, 2023**.  Opposition to the motion **SHALL** be filed no later than **June 20, 2023**.

    b.  Neither the motion nor the opposition **SHALL** exceed 30 pages, exclusive of evidence and evidentiary objections, unless leave is granted by the Court prior to the filing.

    c.  Any reply **SHALL** be filed no later than **July 6, 2023**, and shall not exceed 15 pages, exclusive of evidentiary objections.

    d.  Any objections to the evidence **SHALL** be filed at the same time as the opposition (for Defendant) and the reply (for Plaintiff).[2]

    e.  A hard-copy, courtesy copy of all filings related to the class motion **SHALL** be sent via overnight mail and a copy of the filings (without exhibits) in WORD shall be emailed to chambers to hbk.orders@caed.uscourts.gov.  All of the pages of evidence in the hard copy **SHALL** be numbered, tabbed and indexed.

    f.  The hearing on the motion for class certification is set for **July 28, 2023 at 1:00 p.m.** before Magistrate Judge Helena Barch-Kuchta in Courtroom 6 in Fresno

3.  The Parties shall notify the Court if the Parties reached a settlement as required by Local Rule 160(a).  Any dispositional documents must be filed within forty-five (45) days after such notice.  Fed. R. Civ. P. 23 (e); Local Rule 160(b).

Dated:   April 5, 2023

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

_____

[2] No motions to strike evidence will be entertained.  If the Court sustains an objection to a piece of evidence, the evidence will not be considered.