UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON M. VASQUEZ, individually and on behalf of all others similarly situated and aggrieved,<br><br>Plaintiff,<br><br>v.<br><br>SAPUTO CHEESE USA INC., a Delaware corporation; and DOES 1 through 25, inclusive,<br><br>Defendants. | No.  1:20-cv-01029-ADA-HBK<br><br>ORDER GRANTING STIPULATION TO REMAND<br><br>(ECF No. 27) |

Defendants removed this matter from the County of Tulare Superior Court of California on July 24, 2020.  (ECF No. 27).  On August 6, 2021, Plaintiff filed an action pursuant to the Private Attorneys General Act, *Vasquez v. Saputo Cheese USA, Inc*., Case No. VCU283853, in the County of Tulare Superior Court of California, which was stayed pending resolution of the matter before this Court.  (*Id*.)  On March 30, 2023, the parties settled.  (*Id*.)  Under the Settlement Agreement, the parties agreed to jointly seek remand of this matter to the Tulare Superior Court of California.  (*Id*.)  Thus, on May 5, 2023, the parties filed a Stipulation to Remand this matter.  (*Id*.)

///

1

Good cause appearing, and pursuant to the parties' stipulation, the Court grants the parties' Stipulation to Remand.

Accordingly,

1. This matter is remanded back to the County of Tulare Superior Court of California;
2. All deadlines, dates, and events presently on calendar are vacated; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   May 6, 2023

UNITED STATES DISTRICT JUDGE

2